IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS DAY PRIMES,**<br><br>         Petitioner,<br><br>  v.<br><br>**JOE LIZARRAGA,**<br><br>         Respondent. | Case No. 2:18-cv-02059 MCE AC P<br><br>[~~PROPOSED~~] ORDER |

 Good cause appearing, IT IS HEREBY ORDERED THAT respondent's reply to petitioner's response to the court's order to show cause issued August 2, 2018 (ECF No. 4) be filed and served on or before September 27, 2018. Petitioner may file and serve a surreply within fourteen (14) days after service of respondent's reply.

DATED: September 5, 2018

                */s/ Allison Claire*
                ALLISON CLAIRE
                UNITED STATES MAGISTRATE JUDGE